UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN P. BONHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel, et al,<br><br>　　　　Defendants. | Case No. 2:20-cv-01768-RFB-EJY<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**BRYAN P. BONHAM, #6**0575 |

TO:　　CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **BRYAN P. BONHAM, #60575**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **BRYAN P. BONHAM, #60575,** on or about Wednesday, June 30, 2021, at the hour of 11:00 a.m., for a **videoconference** continued evidentiary hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **BRYAN P. BONHAM, #60575**, is released and discharged by the said Court; and that **BRYAN P. BONHAM, #60575,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 28th day of June, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**