UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRYAN P. BONHAM,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, ex re, et al<br><br>   Defendants. | Case No. 2:20-cv-01768-RFB-EJY<br><br>**ORDER TO PRODUCE<br>FOR TELECONFERENCE<br>APPEARANCE FOR<br>BRYAN P. BONHAM,<br>#60575** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

THE COURT HEREBY FINDS that **BRYAN P. BONHAM, #60575**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison or his designee, shall arrange for and produce by teleconference, **BRYAN P. BONHAM #60575** on or about, November 29, 2021 at the hour of 1:00 PM for a Teleconference Appearance at the Videoconference Hearing and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **BRYAN P. BONHAM #60575,** is released and discharged by the said Court; and that **BRYAN P. BONHAM #60575**, shall thereafter be returned to the custody of the Warden, High Desert State, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 22nd day of November, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**