UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRYAN P. BONHAM,

    Plaintiff,

v.

STATE OF NEVADA, ex re, et al

    Defendants.

Case No. 2:20-cv-01768-RFB-EJY

**ORDER TO PRODUCE FOR VIDEOCONFERENCE APPEARANCE FOR BRYAN P. BONHAM, #60575**

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

THE COURT HEREBY FINDS that **BRYAN P. BONHAM, #60575**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison or his designee, shall arrange for and produce by videoconference, **BRYAN P. BONHAM #60575** on or about July 1, 2022 at 11:30 AM for the scheduled hearing and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **BRYAN P. BONHAM #60575,** is released and discharged by the said Court; and that **BRYAN P. BONHAM #60575**, shall thereafter be returned to the custody of the Warden, High Desert State, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>14th</u> day of June, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**