UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN BONHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01768-RFB-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for Extension of Time to Respond to ECF Nos. 154, 155, 156, 157, 158 and 159. ECF No. 164.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** file his opposition to the requested extension no later than **May 31, 2024**. The opposition is limited to five pages. **Nothing in excess of five pages will be considered by the Court**.

Dated this 23rd day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1