UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRYAN P. BONHAM, | Case No. 2:20-cv-01768-RFB-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTION, et al. | |
| Defendants. | |

In light of Plaintiff's pending motions (ECF Nos. 131, 132, 133, 135, 137, 139, 142, 145, 146, 147, 148, 153, 154, 156, 157, and 159), **IT IS ORDERED** that Plaintiff shall not file any additional motions for preliminary injunction or temporary restraining order or any supplemental pleadings until this Court has made a determination regarding all other outstanding motions and the amended complaints. Any filing in violation of this Order will be stricken unless it involves a medical emergency.

The Clerk of the Court is instructed to mail Plaintiff a copy of this order.

DATED: June 20, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**